THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK W. KAUTZMANN, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

UNITED HARDWARE AND TOOL CORPORATION, Appellant, v. THE AMERICAN TOBACCO COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LEONARD, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING KATZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

REDNALLOH REALTY CORPORATION, Respondent, v. FELIX HERZOG, Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL LEVINE, JOSEPH SCHEFF and SAMUEL EISENBERG, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HUGH CAFFERKY & Co., INC., Respondent, Appellant, v. WILLIAM SCHRAMM and Others, Appellants, Respondents.— Judgment affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of SARAH A. DELMAR, Deceased.— Decree affirmed, with costs to the respondents. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LOUISE D. P. LEE, Appellant, v. MOTOR MERCANTILE AND COMMERCIAL CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MINERVA BURGER, Amended to MINERVA FORTINI, Respondent, v. BERNARD BURGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BELMONT-HUGHES REALTY CORPORATION, Respondent, v. WILLIAM S. DENISON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE HUBERT APARTMENT ASSOCIATION, Appellant, to Compel Payment of a Debt Due It from the Estate of WALTER H. SYKES, Deceased. ALICE A. SYKES, Executrix, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between IVAN FISCHER and JOSEPH LANDES and Another, Copartners, etc.— Judgment reversed, with costs, and proceeding referred back to board of arbitration for such disposition as they may deem just and proper. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.